IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SYMANTHIA COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2806MaV |
| | ) | |
| MEMPHIS AREA MEDICAL CENTER FOR WOMEN, and BARBARA WOTHERSPPON, M.D., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before the court is the June 13, 2005 motion of the defendant, Barbara Wotherspoon, M.D., pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel the plaintiff to produce all records regarding any and all care, treatment, testing and evaluation performed by Jolene Bailey, PhD.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The plaintiff has not filed a response to this motion, and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by the plaintiff, the defendants' motion to compel is granted. The plaintiff is directed

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

to produce all records regarding any and all care, treatment, testing and evaluation performed by Jolene Bailey, PhD. within twenty (20) days of the date of entry of this order.

The plaintiff is warned that, henceforth, failure to comply with proper discovery requests and/or orders of the court will lead to dismissal of her complaint.

IT IS SO ORDERED this 5th day of July, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

James T. McColgan
JAMES T. MCCOLGAN & ASSOCIATES, PLLC
1661 International Place Drive
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT