IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG 19 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SYMANTHIA COOPER,

    Plaintiff,

VS.                                  NO. 04-2806-MaV

MEMPHIS AREA MEDICAL CENTER
FOR WOMEN, INC., ET AL.,

    Defendants.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    Before the court is the August 11, 2005, motion for admission *pro hac vice* of William Wayne Housley, Jr. Mr. Housley is a member in good standing of the bar of the state of Mississippi and is admitted to practice before the Supreme Court of Mississippi. Mr. Housley has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and William Wayne Housley, Jr. is admitted to participate in this action as co-counsel for plaintiff.

    It is so ORDERED this 18th day of August, 2005.

                                                    SAMUEL H. MAYS, JR.
                                                   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

(24)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

James T. McColgan
JAMES T. MCCOLGAN & ASSOCIATES, PLLC
1661 International Place Drive
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT