IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ _____ D.C.

05 OCT -6  PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SYMANTHIA COOPER,                    )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )        No. 04-2806 MaV
                                     )
MEMPHIS AREA MEDICAL CENTER FOR )
WOMEN and BARBARA WOTHERSPOON,       )
M.D., individually,                  )
                                     )
          Defendants.                )

ORDER GRANTING MOTIONS OF DEFENDANTS TO STRIKE PLAINTIFF'S
SUPPLEMENTAL EXPERT DISCLOSURES

     Before the court is the September 6, 2005 motion of defendant
Barbara Wotherspoon and the September 12, 2005 motion of defendant
Memphis  Area  Medical  Center  for  Women  to  strike  plaintiff's
supplemental expert disclosures.

     Pursuant  to  Local  Rule  7.2(a)(2),  responses  to  motions  in
civil cases are to be filed within fifteen days after service of
the motion.   The plaintiff, Symanthia Cooper, has  not  filed  a
response  to  these  motions,  and  the  time  for  responding  has  now
expired.    Rule  7.2(a)(2)  further  provides  that  "[f]ailure  to
respond timely to any motion . . . may be deemed good grounds for
granting the motion."

     Accordingly, the defendants' motions to strike the plaintiff's
supplemental expert disclosures are granted.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___10·7·05___

42

IT IS SO ORDERED this 6th day of October, 2005.


DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Melanie R. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38013

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

James T. McColgan
LAW OFFICE OF JAMES T. McCOLGAN & ASSOCIATES, PLLC
1661 International Dr.
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT