IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

SYMANTHIA COOPER,

    Plaintiffs,

v.

    No. 04-2806-Ma V

MEMPHIS AREA MEDICAL CENTER
FOR WOMEN, INC., AND
BARBARA WOTHERSPOON, M.D.,

    Defendants.

## ~~PROPOSED~~ ORDER DENYING PLAINTIFF'S MOTION TO DEEM FACTS ADMITTED

This cause is before the Court on the plaintiff's Motion to Deem Facts Admitted and on the defendant's Response to Plaintiff's Motion to Deem Facts Admitted or, alternatively, Motion of Defendant for Enlargement of Time; and the Court finds that the plaintiff's Motion is improper and it fails to comply with the Federal Rules of Civil Procedure and with Rule 7.2 of the Local Rules of the United States District Court for the Western District of Tennessee, and, therefore, the Motion should be denied.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that the plaintiff's Motion to Deem Facts Admitted be and the same hereby is denied.

*[signature]*
United States Magistrate Judge

November 3, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

James T. McColgan
LAW OFFICE OF JAMES T. McCOLGAN & ASSOCIATES, PLLC
1661 International Dr.
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Melanie R. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38013

Honorable Samuel Mays
US DISTRICT COURT