IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -9 PM 3: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| SYMANTHIA COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 04-2806 Ma/V |
| MEMPHIS AREA MEDICAL CENTER FOR ) | |
| WOMEN, INC., and BARBARA ) | |
| WOTHERSPOON, M.D., ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Before the court are two motions for summary judgment. On September 15, 2005, Defendants Memphis Area Medical Center for Women, Inc. ("MAMCW") and Barbara Wotherspoon, M.D. ("Wotherspoon") each filed a motion for summary judgment. Plaintiff Symanthia Cooper ("Cooper") filed a response to each motion on October 13, 2005.

Both Defendants' motions for summary judgment are based solely on the failure of Cooper's medical expert, Dr. McMillan, to offer opinions as to causation in her expert report or her deposition testimony. On August 26, 2005, however, Cooper submitted a supplemental report by Dr. McMillan addressing the issue of causation. Although both defendants filed motions to strike the supplemental report, those motions were denied in an

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05

66

order filed by the magistrate judge on October 21, 2005. Because Dr. McMillan's expert report now includes her opinion as to causation, the motions for summary judgment of Defendants MAMCW and Wotherspoon are DENIED as moot.

So ordered this 9th day of November 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Melanie R. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38013

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James T. McColgan
LAW OFFICE OF JAMES T. McCOLGAN & ASSOCIATES, PLLC
1661 International Dr.
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Honorable Samuel Mays
US DISTRICT COURT