IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SYMANTHIA COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2806 MaV |
| | ) | |
| MEMPHIS AREA MEDICAL CENTER FOR WOMEN and BARBARA WOTHERSPOON, M.D., individually, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING PLAINTIFF'S MOTION TO QUASH NOTICES OF MEDICAL RECORDS CUSTODIANS' DEPOSITIONS**

Before the court is the November 9, 2005 motion of the plaintiff, Symanthia Cooper, to quash six separate notices of depositions of medical records custodians. The motion was referred to the United States Magistrate Judge for determination. For the reasons that follow, the motion is denied.

Local Rule 7(a)(1) of this District authorizes the clerk to accept for filing only those civil motions that are accompanied by a supporting memorandum of facts and law. The plaintiff has failed to file a supporting memorandum of facts and law with her motion, and she has not otherwise clearly identified in the body of her motion any grounds upon which to grant the relief requested.

Therefore, the plaintiff's motion to quash is denied, without prejudice, for failure to file a supporting memorandum of law and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11-15-05___

facts.

IT IS SO ORDERED this 14th day of November, 2005.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CV-02806 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Melanie R. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Square
Memphis, TN 38013

James T. McColgan
LAW OFFICE OF JAMES T. McCOLGAN & ASSOCIATES, PLLC
1661 International Dr.
Ste. 400
Memphis, TN 38120

James L. Kirby
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Housley
LAW OFFICE OF WILLIAM W. HOUSLEY, JR
110 Robins St.
Tupelo, MS 38804

Jeffrey L. Griffin
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Brian H. Neely
LAW OFFICE OF BRIAN H. NEELY
P.O. Box 1032
Tupelo, MS 38802

Honorable Samuel Mays
US DISTRICT COURT